## WILLARD (Village) v McELLIGOTT

Ohio Supreme Court
No 21768. Decided Dec. 18, 1929

Marshall, CJ., Jones, Matthias and Day, JJ., concur. Robinson, J., dissents.

## STOOPS v YOUNGSTOWN SUBURBAN TRANSP CO

Ohio Supreme Court
No 21645. Decided Dec. 19, 1929

Marshall, CJ., Kinkade, Matthias, Day and Allen, JJ., concur. Jones, J., dissents from the judgment.

## KAUFFMAN et v SCHAUER

Ohio Supreme Court
No 21667. Decided Dec. 24, 1929

Marshall, CJ., Kinkade, Jones, Matthias, Day and Allen, JJ., concur.

## MILWAUKEE MECHANICS' INS CO v HEFFERNAN

Ohio Supreme Court
No 21774. Decided Dec. 24, 1929